IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LEVERT LYONS | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:08cv403 TJW |
| | § | |
| v. | § | |
| | § | |
| NIKE, Inc. | § | Jury Trial Requested |
| | § | |
| Defendant. | § | |

**PLAINTIFF/COUNTER-DEFENDANT'S RESPONSE TO DEFENDANT/COUNTER-PLAINTIFF'S COUNTERCLAIM**

Plaintiff/Counter-Defendant LEVERT LYONS ("Lyons") files this its Response to Defendant/Counter-Plaintiff NIKE, INC.'s ("NIKE") Counterclaim as follows:

**THE PARTIES**

1. Plaintiff/Counter-Defendant admits the averments contained in Paragraph 1, but denies that the counterclaim states a valid claim.

2. Plaintiff/Counter-Defendant admits the averments contained in Paragraph 2.

**JURISDICTION AND VENUE**

3. Plaintiff/Counter-Defendant admits the averments contained in Paragraph 3.

4. Plaintiff/Counter-Defendant admits the averments contained in Paragraph 4.

5. Plaintiff/Counter-Defendant admits the averments contained in Paragraph 5.

**GENERAL ALLEGATIONS**

6. Plaintiff/Counter-Defendant denies the averments contained in Paragraph 7.

7. Plaintiff/Counter-Defendant denies the averments contained in Paragraph 8.

8. Plaintiff/Counter-Defendant admits that there is justiciable controversy, but denies that Nike is entitled to a decree that the '448 patent is invalid as alleged in Paragraph 9.

9. Plaintiff/Counter-Defendant denies the averments contained in Paragraph 11.

10. Plaintiff/Counter-Defendant denies the averments contained in Paragraph 12.

11. Plaintiff/Counter-Defendant admits that there is justiciable controversy, but denies that Nike is entitled to a decree that the '448 patent is invalid as alleged in Paragraph 13.

**PRAYER FOR RELIEF**

WHEREFORE, Lyons respectfully requests that the Court enter a judgment against Nike as follows:

a. Adjudicating that Nike infringed and continues to infringe the '448 patent;

b. That Nike and its parents, affiliates, subsidiaries, officers, agents, servants, employees, attorneys, successors, assigns, and all those persons in active concert or participation with them, or any of them, be preliminary and permanently enjoined and restrained from making, importing, using, offering for sale, selling, or causing to be sold, any product falling within, or designed to conduct a method falling within, the scope of any claim of the '448 patent, or otherwise infringing or contributing to or inducing infringement of any claim of the '448 patent, because if injunctive relief is not granted Lyons will suffer irreparable harm;

c. That Nike and its parents, affiliates, subsidiaries, officers, agents, servants, employees, attorneys, successors, assigns, and all those persons in active concert or participation with them, or any of them, be ordered to destroy or offer up to Lyons for destruction any and all products within the scope of any claim of the '448 patent that is within Nike's possession, custody, or control;

d. That Lyons be awarded damages, in an amount not less than a reasonable royalty, to be assessed by or under the Court's discretion, adequate to compensate Lyons for

Nike's infringement of the '448 patent, together with prejudgment and post-judgment interest;

e. That the Court declares this to be an exceptional case pursuant to 35 U.S.C. § 285 and award Lyons his attorneys' fees;

f. That Lyons recover from Nike increased damages in the amount of three times the amount of Lyons' actual damages pursuant to 35 U.S.C. § 284 due to the willful and wanton nature of Nike's infringement of the '448 patent;

g. That Nike be required to produce an accounting for sales and profits as a result of the infringement of the '448 patent.

h. That Lyons recover from Nike all costs incurred by Lyons in preparing for and pursing this action; and

i. That Lyons be awarded all such other and further relief as the Court deems just and proper.

Respectfully submitted,

MOORE LANDREY, L.L.P.

***/S/ ETHAN L. SHAW***

ETHAN L. SHAW
18140480
JOHN P. COWART
State Bar No. 04919500
SCOTT C. KINSEL
State Bar No. 24038662
1609 Shoal Creek Blvd., Ste. 100
Austin, TX 78701
Telephone: (512) 499-8900
Facsimile: (512) 320-8906
Email: elshaw@moorelandrey.com
jcowart@moorelandrey.com
skinsel@moorelandrey.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record are being served via electronic filing a copy of the foregoing on this 16th day of February, 2009.

***/S/ ETHAN L. SHAW***
ETHAN L. SHAW