Gordon T. Carey, Jr., OSB No. 771331
Direct Dial: 503-222-1415
Fax: 503-222-1923
Email: gordon@gordoncarey.com
**Gordon T. Carey, Jr., P.C.**
1220 Southwest Morrison, Ste. 815
Portland, OR 97205

**Ethan L. Shaw** (*pro hac vice*)
Email: elshaw@moorelandrey.com
**John P. Cowart** (*pro hac vice*)
Email: jcowart@moorelandrey.com
**Moore Landrey, LLP**
1609 Shoal Creek Blvd., Ste. 100
Austin, TX 78701
Telephone: (512) 499-8900
Facsimile: (512) 320-8906

Attorneys for Plaintiff/Counter-Defendant,
Levert Lyons

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
(Portland Division)

| | |
|---|---|
| **LEVERT LYONS,**<br>Plaintiff,<br><br>v.<br><br>**NIKE, INC.,**<br>Defendant. | Civil No. 3:09-cv-01183-AC<br><br>**PLAINTIFF LEVERT LYONS' CROSS MOTION FOR ENTRY OF JUDGMENT** |

## LOCAL RULE 7-1 COMPLIANCE

This Court in its Opinion and Order of June 7, 2012 GRANTED Defendant NIKE, Inc.'s ("Nike") motion for summary judgment of noninfringement, DENIED Nike's motion for summary judgment as to invalidity, and denied as moot Plaintiff Levert Lyons' ("Lyons") motion for partial summary judgment as to intentional infringement. (*See* Dkt. No. 136, Summary Judgment Order.) Since then, Lyons' counsel has diligently conferred with counsel for

Defendant Nike in an attempt to resolve all outstanding issues remaining in this case, including agreeing to a motion for entry of final judgment. The parties, however, have not been able do so. Consequently, counsel for Lyons certifies that the parties made a good faith effort to resolve the dispute, and have been unable to do so.

## MOTION

Plaintiff Levert Lyons ("Lyons") hereby cross moves this Court for entry of Final Judgment in the form annexed hereto as Exhibit A, together with such other and further relief as the Court deems proper. A Memorandum of Law in support of this cross motion is submitted herewith.

Lyons requests the opportunity to file and serve reply papers according to a schedule consistent with the foregoing.

Respectfully submitted

Dated: August 17, 2012

    /s/ JOHN P. COWART
Gordon T. Carey, Jr., OSB#771331
Gordon T. Carey, Jr., P.C.
1220 Southwest Morrison, Ste.815
Portland, OR 97205
Direct Dial: 503-222-1415
Facsimile:   503-222-1923
Email: gordon@gordoncarey.com

**Ethan L. Shaw** (*pro hac vice*)
Email: elshaw@moorelandrey.com
**John P. Cowart** (*pro hac vice*)
Email: jcowart@moorelandrey.com
**Moore Landrey, LLP**
1609 Shoal Creek Blvd., Ste. 100
Austin, TX 78701
Telephone: (512) 499-8900
Facsimile: (512) 320-8906

Attorneys for Plaintiff/Counter-Defendant,
Levert Lyons